## Commonwealth ex rel. Brown *v.* Donnelly, Appellant.

Argued September 18, 1967. *John M. Wajert*, for appellant; *Paul C. Vangrossi*, for appellee.

Order affirmed.

## Commonwealth ex rel. Laughlin, Appellant, *v.* Russell.

Argued September 12, 1967. *Louis C. Bechtle*, with him *Wisler, Pearlstine, Talone & Gerber*, for appellant; *Henry T. Crocker*, Assistant District Attorney, with him *Richard A. Devlin and Anthony J. Scirica*, Assistant District Attorneys, and *Richard S. Lowe*, District Attorney, for appellee.

Order affirmed.